**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | Case No: 4:23-CR-30-CDL-MSH-001-002 |
| | : | |
| **JAMES MATHIS AND CAMERON ASANTE-BEDIAKO,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Defendants were indicted on October 24, 2023, ECF No. 1, and arraigned on November 15, 2023, ECF No. 23. A pretrial conference is currently scheduled for December 19, 2023. The parties jointly ask to continue the case. Specifically, Defendants need additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **March 2024** term of Court and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 14th day of December, 2023.

                                                S/Clay D. Land
                                                CLAY D. LAND, JUDGE
                                                UNITED STATES DISTRICT COURT