IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No:  4:23-CR-30-CDL-MSH-2 |
| | : | |
| JAMES MATHIS-01 | | |
| CAMERON ASANTE-BEDIAKO-02, | : | |
| | : | |
| **Defendants** | : | |

## ORDER on Motion to Continue

Co-Defendants were indicted on October 24 ,2023, ECF No. 1. James Mathis was arraigned on November 15, 2023, ECF No. 22, and Cameron Asante-Bediako was arraigned on November 15, 2023, ECF No. 23.  A pretrial conference for both co-defendants is currently scheduled for January 24, 2023.  The parties jointly ask to continue the pretrial conference in this case. Specifically, Counsel for each individual parties have conflicts on this date.

IT IS HEREBY ORDERED that the pretrial conference in the above-referenced matter be continued and set for February 13, 2024.  The trial shall remain scheduled for the March 2024 trial term, and the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) shall be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **17th** day of **January, 2024.**

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE